UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMGUARD INS. CO., *et al.*,

Plaintiffs,

-v-

CONSOLIDATED EDISON CO. OF
NEW YORK, INC.,

Defendant.

24-CV-8446

25-CV-139

ORDER

J. PAUL OETKEN, District Judge:

On November 6, 2024, Plaintiff Amguard Insurance Company filed a subrogation action (in 24-CV-8446) against Consolidated Edison Company of New York, Inc. seeking property damages arising out of a fire that occurred at 869 Fox Street, Bronx, New York. (*See* ECF No. 1 ¶¶ 8.) Plaintiff Allstate Insurance Company then filed a subrogation action (in 25-CV-139) against the same defendant for property damages arising from the same building fire. On January 23, 2026, the parties in both cases filed a joint motion to consolidate. (ECF No. 20.)

The Court GRANTS the motion and orders these cases consolidated under case number 24-CV-8446, with the caption *Amguard Insurance Company and Allstate Insurance Company v. Consolidated Edison Company of New York*.

All filings shall be in the lead case, 24-CV-8446. Despite such consolidation, the consolidated cases "retain their separate identities." *Hall v. Hall*, 584 U.S. 59, 61 (2018). For administrative purposes, the Clerk of Court is directed to close 25-CV-139. This order does not affect the rights of the parties in any of the consolidated cases.

SO ORDERED.

Dated: February 25, 2026
New York, New York

_____
J. PAUL OETKEN
United States District Judge